IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
05 JAN 20 PM 2:01

| | |
|---|---|
| DARRELL WHALEY | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:05CV39-C |
| vs. | ) |
| | ) JURY DEMANDED |
| CSX TRANSPORTATION, INC., a corporation, | ) |
| Defendant. | ) |

## COMPLAINT

### I.

### PARTIES AND JURISDICTION

1. The Plaintiff, Darrell Whaley, is a resident and citizen of Dry Ridge, Kentucky.

2. The Defendant, CSX Transportation, Inc., is a Virginia corporation that does business in Jefferson County, Kentucky and has its agent for service of process in Jefferson County, Kentucky at all times referred to herein.

3. The Defendant, CSX Transportation, Inc., is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight in interstate commerce.

4. At all times referred to herein Mr. Whaley is and was an employee of the Defendant and at all times referred to herein was working within the line and scope of his employment for the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

5. This action is brought pursuant to the provisions of the Federal Employer's Liability Act, Title 45 U.S.C. §51, *et seq.*

6. A substantial part of the events forming the basis of this claim occurred within the venue of this Court and specifically within Louisville, Kentucky.

## II.

## FACTS

7. The Plaintiff avers that he has been employed as a trainman for the Defendant, CSX Transportation, Inc., for over thirty years.

8. During his employment with the Defendant, the Defendant required Plaintiff to work upon and utilize locomotive engines that subjected him to severe, excessive, and repetitive lunging, lurching, jerking, and vibration.

9. During his employment with the Defendant, the Defendant required Plaintiff to work upon and utilize locomotive engines possessing defective seats that subjected him to severe, excessive, and repetitive lunging, lurching, jerking, and vibration.

10. As a direct and proximate result of the Defendant's negligence in supplying, maintaining, and repairing the locomotive engines and locomotive engine seats, Plaintiff was exposed to severe and substantial whole body vibration. The whole body vibration contributed, in whole or in part, to Plaintiff sustaining injuries to his vertebral spine, including his upper spine and lower spine, and other areas of his body including his right shoulder and left shoulder.

## III.

## FIRST CAUSE OF ACTION

11. The Plaintiff avers that all of his above-mentioned injuries and damages were

proximately caused, in whole or in part, by the negligence of the Defendant, CSX Transportation, Inc., its agents, servants or employees while acting within the line and scope of their employment for said Defendant or by reason of a defect or insufficiency due to its negligence in its work practices, maintenance practices, inspection practices, repair practices, safety practices, locomotives, locomotive seats and equipment at the time and place where the Plaintiff suffered his above-mentioned injuries and damages.

## IV.

## **SECOND CAUSE OF ACTION**

12. Plaintiff avers that all of his above-mentioned injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant, CSX Transportation, Inc., to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for said Defendant.

## V.

## **DAMAGES**

13. The Plaintiff avers that as a result, in whole or in part, of the Defendant's negligence, he has suffered and seeks to recover for the following injuries and damages:

    (a)    Past and future lost wages and benefits;

    (b)    Permanent impairment of his ability to earn a living;

    (c)    Past and future medical expenses;

    (d)    Past and future physical pain and mental anguish;

    (e)    Permanent physical disability; and

    (f)    Inability to carry out and enjoy the usual and normal activities of life.

14. As damages, Plaintiff seeks fair and reasonable compensation in excess of seventy-five thousand and 00/100 dollars ($75,000.00).

## VI.

## JURY DEMAND

15. Plaintiff demands a trial by struck jury.

*[signature]*

Christopher A. Keith
WETTERMARK HOLLAND KEITH & BARBER
2101 Highland Avenue South
Suite 750
Birmingham, Alabama 35205
Phone: (205) 933-9500
Fax: (205) 212-9500

Attorney for Plaintiff

**PLEASE SERVE DEFENDANT:**

CSX Transportation, Inc.
Serve agent for service:
CT Corporation System
Kentucky Home Life Building
Louisville, KY 40202